UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

IN RE:                                          :         25-md-3143 (SHS) (OTW)

OPENAI, INC., COPYRIGHT                          :         ORDER
INFRINGEMENT LITIGATION.
                                                 :

This Document Relates To:  All Cases             :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        OpenAI's request for an adjournment of the initial case management conference
scheduled for May 22 at 10:00 a.m. [Doc. No. 18] is denied. Mr. Van Nest may appear by
MS Teams as long as OpenAI has an attorney in the courtroom with authority to speak on
behalf of OpenAI.


Dated: New York, New York
       May 7, 2025


                                            SO ORDERED

                                            _____
                                            SIDNEY H. STEIN
                                            U.S.D.J.