**KEKER**
**VAN NEST**
**& PETERS**

**LATHAM & WATKINS** LLP

**MORRISON FOERSTER**

October 21, 2025

**VIA ECF**
Hon. Ona T. Wang
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      RE:     *In re: OpenAI Inc., Copyright Infringement Litigation*, 25-md-3143 (SHS) (OTW)
              This Document Relates To: All Actions

Dear Judge Wang:

      On behalf of all parties, counsel for OpenAI hereby respectfully submit the following charts for discussion at the upcoming October 29, 2025 discovery conference:

- **Exhibit A**, which summarizes the discovery disputes in the Class Cases;
- **Exhibit B**, which summarizes the global issues impacting all parties across cases; and
- **Exhibit C**, which summarizes the discovery disputes in the News Cases.

Sincerely,

KEKER, VAN NEST &
PETERS LLP

*/s/ Christopher S. Sun*
_____
 Christopher S. Sun

LATHAM & WATKINS LLP

*/s/ Margaret Graham*
_____
 Margaret Graham

MORRISON & FOERSTER
LLP

*/s/ Rose S. Lee*
_____
 Rose S. Lee