**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
IN RE:                                              :
                                                    :
OPENAI, INC.,                                       :     25-md-3143 (SHS) (OTW)
COPYRIGHT INFRINGEMENT LITIGATION,                  :
                                                    :
                                                    :     **ORDER**
This Document Relates To:                           :
**All Actions**                                     :
                                                    :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

It has come to the Court's attention that there are multiple outstanding motions in the above-captioned cases that have already been addressed at the Court's periodic discovery status conferences and prior orders. (*See* 25-MD-3143, ECF Nos. 78, 270, 459, 612, 715, 910, 928, 931).

The following discovery motions are **DENIED as moot**:

- **Case No. 23-CV-8292**: ECF Nos. 421, 423, 424, 442, 523, 526, 565, 687, 729, 756.

- **Case No. 23-CV-10211**: ECF Nos. 296, 297, 298, 300, 301, 306, 308, 317, 318, 319, 329, 346, 356, 367, 382, 448, 453, 455, 530, 546.

- **Case No. 23-CV-11195**: ECF Nos. 498, 525, 536, 571, 622, 623, 632, 634, 745, 753, 774, 784, 839, 841, 872, 874, 876, 879, 939, 940, 982.

- **Case No. 24-CV-84**: ECF Nos. 156, 222, 225, 267, 282.

- **Case No. 24-CV-1515**: ECF Nos. 161, 229, 232, 242, 265, 268, 288, 312.

- **Case No. 24-CV-3285**: ECF Nos. 315, 318, 321, 322, 335, 368, 369, 372, 425, 447, 450, 479, 499.

- **Case No. 24-CV-4872**: ECF Nos. 244, 246, 247, 261, 291, 292, 336, 357, 360, 384, 401, 411.

- **Case No. 25-CV-3291**: ECF Nos. 51, 95, 98.

- **Case No. 25-CV-3297**: ECF Nos. 78, 142, 145, 159.

- **Case No. 25-CV-3482**: ECF Nos. 441, 508, 511, 530, 532, 533, 639.

- **Case No. 25-CV-3483**: ECF Nos. 134, 137.

- **Case No. 25-CV-4315**: ECF Nos. 48, 118, 122, 137, 138, 169, 173, 196, 205, 206, 215, 248.

For the reasons discussed in 25-MD-3143, ECF 931, the following sealing motions are **GRANTED**:

- **Case No. 25-MD-3143**: ECF 772.

- **Case No. 23-CV-8292**: ECF Nos. 430, 443, 445, 450, 462, 463, 473, 475, 477, 496, 499, 521, 529, 556, 557, 559, 566, 571, 588, 592, 598, 608, 613, 623, 632, 635, 637, 640, 642, 646, 651, 655, 659, 686, 690, 697, 698, 699, 714, 750, 752, 754, 755, 765, 772, 774, 784, 785, 793, 794, 808.

- **Case No. 23-CV-10211**: ECF Nos. 295, 299, 302, 304, 305, 309, 312, 335, 336, 354, 355, 372, 383, 385, 390, 401, 403, 424, 447, 449, 451, 454, 468, 472, 476, 494, 497, 502, 505, 561, 570, 571.

- **Case No. 23-CV-11195**: ECF Nos. 575, 602, 613, 620, 624, 639, 647, 658, 670, 675, 676, 678, 691, 697, 701, 703, 707, 740, 743, 749, 757, 773, 779, 782, 783, 792, 800, 807, 828, 832, 835, 840, 842, 858, 867, 868, 877, 881, 890, 897, 909, 929, 949, 952, 953, 967, 991, 1000, 1007, 1016, 1024, 1027, 1028, 1037, 1045.

- **Case No. 24-CV-84**: ECF Nos. 151, 169, 181, 183, 200, 223, 224, 234, 238, 241.

- **Case No. 24-CV-1515**: ECF Nos. 171, 185, 192, 193, 207, 224, 227, 243, 251, 254, 266, 270, 276, 292, 293, 302, 321, 327.

- **Case No. 24-CV-3285**: ECF Nos. 320, 330, 359, 367, 370, 371, 389, 414, 432, 435, 448, 470, 506, 514, 520, 521.

- **Case No. 24-CV-4872**: ECF Nos. 245, 249, 256, 282, 289, 301, 325, 343, 346, 358, 407, 410, 413, 414, 424, 430, 431.

- **Case No. 25-CV-3291**: ECF Nos. 56, 68, 69, 96, 97, 107, 111, 113.

- **Case No. 25-CV-3297**: ECF Nos. 89, 103, 109, 110, 124, 140, 160, 168, 172, 174, 187, 190, 206, 207, 216, 235, 240.

- **Case No. 25-CV-3482**: ECF Nos. 452, 467, 468, 474, 475, 489, 506, 527, 529, 531, 535, 548, 552, 555, 564, 574, 576, 580, 601, 602, 615, 636, 637, 638, 645, 657.

- **Case No. 25-CV-3483**: ECF Nos. 85, 97, 112, 135, 136, 146, 150, 153.

- **Case No. 25-CV-4315**: ECF Nos. 34, 47, 62, 68, 69, 86, 90, 113, 116, 144, 154, 157, 171, 175, 183, 233, 241, 255, 262, 267, 270, 273, 277.

The following *pro hac vice* motions are **GRANTED**:

- **Case No. 23-CV-8292**: ECF Nos. 452, 455, 459.

- **Case No. 23-CV-10211**: ECF Nos. 321, 322, 324, 350.

- **Case No. 23-CV-11195**: ECF Nos. 486, 503, 505, 520, 535, 636, 644, 655, 853, 988.

- **Case No. 24-CV-84**: ECF Nos. 146, 147, 149, 157.

- **Case No. 24-CV-1515**: ECF Nos. 160, 181, 183, 184.

- **Case No. 24-CV-3285**: ECF Nos. 317, 324, 326, 338, 342, 502.

3

- **Case No. 24-CV-4872**: ECF Nos. 243, 252, 263.

- **Case No. 25-CV-3291**: ECF 45.

- **Case No. 25-CV-3297**: ECF Nos. 77, 99, 101, 102.

- **Case No. 25-CV-3482**: ECF Nos. 462, 464, 465.

- **Case No. 25-CV-4315**: ECF Nos. 57, 59, 60.

The following motions to withdraw are **GRANTED**:

- **Case No. 23-CV-10211**: ECF 521.

- **Case No. 23-CV-11195**: ECF Nos. 527, 531, 923.

- **Case No. 24-CV-84**: ECF 263.

- **Case No. 24-CV-1515**: ECF 284.

- **Case No. 24-CV-3285**: ECF 465.

- **Case No. 24-CV-4872**: ECF 375.

- **Case No. 25-CV-3291**: ECF 135.

- **Case No. 25-CV-3297**: ECF 199.

- **Case No. 25-CV-3482**: ECF Nos. 440, 593.

- **Case No. 25-CV-3483**: ECF 175.

- **Case No. 25-CV-4315**: ECF 194.

The Clerk of Court is respectfully directed to close the following ECF Nos. in each respective case:

- **Case No. 25-MD-3143**: ECF 772.

4

- **Case No. 23-CV-8292:** ECF Nos. 421, 423, 424, 430, 442, 443, 445, 450, 452, 459, 462, 463, 473, 475, 477, 496, 499, 521, 523, 526, 529, 556, 557, 559, 565, 566, 571, 588, 592, 598, 608, 613, 623, 632, 635, 637, 640, 642, 646, 651, 655, 659, 686, 687, 690, 697, 698, 699, 714, 729, 750, 752, 754, 755, 756, 765, 772, 774, 784, 785, 793, 794, 808.

- **Case No. 23-CV-10211**: ECF Nos. 295, 296, 297, 298, 299, 300, 301, 302, 304, 305, 306, 308, 309, 312, 317, 318, 319, 321, 322, 329, 324, 335, 336, 346, 350, 354, 355, 356, 367, 372, 382, 383, 385, 390, 401, 403, 424, 447, 448, 449, 451, 453, 454, 455, 468, 472, 476, 494, 497, 502, 505, 521, 530, 546, 561, 570, 571.

- **Case No. 23-CV-11195:** ECF Nos. 486, 498, 503, 505, 520, 525, 527, 531, 535, 536, 571, 575, 602, 613, 620, 622, 623, 624, 632, 634, 636, 639, 644, 647, 655, 658, 670, 675, 676, 678, 691, 697, 701, 703, 707, 740, 743, 745, 749, 753, 757, 773, 774, 779, 782, 784, 783, 792, 800, 807, 828, 832, 835, 839, 840, 841, 842, 853, 858, 867, 868, 872, 874, 876, 877, 879, 881, 890, 897, 909, 923, 929, 939, 940, 949, 952, 953, 967, 982, 988, 991, 1000, 1007, 1016, 1024, 1027, 1028, 1037, 1045.

- **Case No. 24-CV-84**: ECF Nos. 146, 147, 149, 151, 156, 157, 169, 181, 183, 200, 222, 223, 224, 225, 234, 238, 241, 263, 267, 282.

- **Case No. 24-CV-1515**: ECF Nos. 160, 161, 171, 181, 183, 184, 185, 192, 193, 207, 224, 227, 229, 232, 242, 243, 251, 254, 265, 266, 268, 270, 276, 284, 288, 292, 293, 302, 312, 321, 327.

- **Case No. 24-CV-3285**: ECF Nos. 315, 317, 318, 320, 321, 322, 324, 326, 330, 335, 338, 342, 359, 367, 368, 369, 370, 371, 372, 389, 414, 425, 432, 435, 447, 448, 450, 465, 470, 479, 499, 502, 506, 514, 520, 521.

- **Case No. 24-CV-4872**: ECF Nos. 243, 244, 245, 246, 247, 249, 252, 256, 261, 263, 282, 289, 291, 292, 301, 325, 336, 343, 346, 357, 358, 360, 375, 384, 401, 407, 410, 411, 413, 414, 424, 430, 431.

- **Case No. 25-CV-3291**: ECF Nos. 45, 51, 56, 68, 69, 95, 96, 97, 98, 107, 111, 113, 135.

- **Case No. 25-CV-3297**: ECF Nos. 77, 78, 89, 99, 101, 102, 103, 109, 110, 124, 140, 142, 145, 159, 160, 168, 172, 174, 187, 190, 199, 206, 207, 216, 235, 240.

- **Case No. 25-CV-3482**: ECF Nos. 440, 441, 452, 462, 464, 465, 467, 468, 474, 475, 489, 506, 508, 511, 527, 529, 530, 531, 532, 533, 535, 548, 552, 555, 564, 574, 576, 580, 593, 601, 602, 615, 636, 637, 638, 639, 645, 657.

- **Case No. 25-CV-3483**: ECF Nos. 85, 97, 112, 134, 135, 136, 137, 146, 150, 153, 175.

- **Case No. 25-CV-4315**: ECF Nos. 34, 47, 48, 57, 59, 60, 62, 68, 69, 86, 90, 113, 116, 118, 122, 137, 138, 144, 154, 157, 169, 171, 173, 175, 183, 194, 196, 205, 206, 215, 233, 241, 248, 255, 262, 267, 270, 273, 277.

**SO ORDERED.**

Dated: December 11, 2025  
New York, New York

_s/ Ona T. Wang_  
**Ona T. Wang**  
United States Magistrate Judge