**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

IN RE: OPENAI, INC. COPYRIGHT
INFRINGEMENT LITIGATION

Case No. 1:25-md-03143 (SHS) (OTW)

This Document Relates To:
All Actions

**MOTION TO WITHDRAW AS**
**COUNSEL OF RECORD**

---

PLEASE TAKE NOTICE that Defendants OpenAI, Inc., OpenAI GP, LLC, OpenAI, LLC,

OpenAI OpCo LLC, OpenAI Global LLC, OpenAI LP, OpenAI Holdings, LLC, OpenAI Startup

Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC, and OAI

Corporation (collectively "OpenAI Defendants") move this Court for an order in compliance with

Local Rule 1.4 permitting the withdrawal in the above-captioned action of the following attorneys:

Allison L. Stillman
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020

Joseph R. Wetzel, Jr.
Latham & Watkins LLP
505 Montgomery Street
Ste. 2000
San Francisco, CA 94111

Rachel R. Blitzer
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020

Michael A. David
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020

1

Case 1:25-cv-03483-SHS-OTW    Document 241    Filed 01/30/26    Page 2 of 2

The OpenAI Defendants will continue to be represented by Latham & Watkins LLP as well as other firms in this proceeding including Morrison & Foerster LLP and Keker, Van Nest & Peters LLP, and no party will be prejudiced if this Motion is granted.


Dated: January 30, 2026

Respectfully submitted,

**LATHAM & WATKINS LLP**

*/s/ Elana Nightingale Dawson*
Elana Nightingale Dawson


*Attorneys for Defendants OpenAI, Inc., OpenAI GP, LLC, OpenAI, LLC, OpenAI OpCo LLC, OpenAI Global LLC, OpenAI LP, OpenAI Holdings, LLC, OpenAI Startup Fund I LP, OpenAI Startup Fund GP I LLC, OpenAI Startup Fund Management LLC, and OAI Corporation*


SO ORDERED:

_____