**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
IN RE:                                            :
                                                  :
OPENAI, INC.,                                     :          25-md-3143 (SHS) (OTW)
COPYRIGHT INFRINGEMENT LITIGATION,                :
                                                  :
                                                  :          **ORDER**
This Document Relates To:                         :
**All Actions**                                   :
                                                  :
-----------------------------------------------------------x

       **ONA T. WANG**, **United States Magistrate Judge**:

       The Court held a discovery status conference for all actions in this matter on Tuesday, March 10, 2026. As **ORDERED** at the March 10 Conference:

       **A.  Confidential discovery settlement conference Friday, March 13, 2026**

       The Court will conduct a confidential discovery settlement conference on **Friday, March 13, 2026, at 12:00 p.m. ET.** The parties shall submit any pre-settlement submissions to Chambers via email no later than **Thursday, March 12, 2026**. The parties shall also provide a joint agenda for the conference by emailing it to Chambers no later than **10:00 a.m. ET on Friday, March 13, 2026**. Plaintiffs are directed to circulate a Zoom link to all parties in advance of the conference.

       **B.  Greg Brockman's journal (ECF 1200)**

       Mr. Brockman's journal shall be produced by **March 17, 2026.**

       **C.  Microsoft's request for subscription data and "brand tracker" survey data from The New York Times (ECF 1370)**

       The New York Times shall produce data responsive to Microsoft's request by **March 17, 2026.** Parties are directed to continue meeting and conferring on this issue.

### D.  Ziff Davis disputes (ECF Nos. 1202, 1210, 1322)

Parties are directed to file a status update by Friday, March 13, 2026, as to any remaining disputes.

### E.  Depositions

The following depositions are found to be relevant and proportional for the reasons stated on the record, and will be limited as follows: the deposition of Dr. Weyl will be limited to a half day; the deposition of Mr. Buchwalter is limited to two hours. The parties have indicated that they will continue meeting and conferring on the deposition of Mr. Scott and do not need any guidance from the Court at this time. OpenAI was directed to produce, by today, the information requested by Plaintiffs so they can seek the deposition of Mr. Goel, whose location is apparently unknown to the parties.

The motion for a protective order concerning Mr. Goldstein's deposition is **DENIED** without prejudice as premature in light of other depositions that are proceeding. (ECF 1356).

### F.  Status Report on deposition disputes

Parties are directed to submit a joint status report by **Friday, March 13, 2026,** on any remaining deposition disputes taking into consideration my high level finding on Mr. Monaco's deposition.

The Clerk of Court is respectfully directed to close the following ECF Nos. in **Case No. 25-MD-3143**: 1202, 1210, 1322, 1356.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: March 11, 2026                                     **Ona T. Wang**
New York, New York                           United States Magistrate Judge